40 A.3d 744

**Terri MARTIN, Petitioner**

v.

**Honorable Idee C. FOX the Court of Common Pleas Philadelphia County First Judicial District of Pennsylvania and Board of License and Inspection Review Board and Ches Partners, LP.**

Supreme Court of Pennsylvania.

March 13, 2012.

2

## ORDER

PER CURIAM.

**AND NOW,** this 13th day of March, 2012, the application for leave to file is GRANTED, and the emergency application for writ of prohibition and mandamus is DENIED.